UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 25-25057-CIV-MORENO**

ARIEL GLAZER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

COSTCO WHOLESALE CORP., a Washington corporation,

Defendant.

______________________________________/

**FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(D.E. 17)**, filed on **January 29, 2026**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are **DENIED** as **MOOT** with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of February 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record